# EXHIBIT A

# United States of America
## United States Patent and Trademark Office

# ALPHABET LORE

**Reg. No. 7,982,908**

**Registered Oct. 14, 2025**

**Int. Cl.: 9, 14, 16, 18, 24, 25**

**Trademark**

**Principal Register**

Michael Salcedo (UNITED STATES INDIVIDUAL), Alphabet Lore
851 Greenside Dr.
Apt 1233
Richardson, TEXAS 75080

CLASS 9: Lanyards for cellular phones; Magnets; Cell phone cases; Downloadable posters

FIRST USE 2-1-2022; IN COMMERCE 4-24-2022

CLASS 14: Key rings; Jewelry; Pins being jewelry; Key chains

FIRST USE 2-1-2022; IN COMMERCE 4-24-2022

CLASS 16: Writing utensils; Paper notebooks; Writing pads; Drawing pads; Art prints; Pictorial prints; Graphic prints; Printed posters; Stickers; Stationery; Lanyards for name badge holders; Name badge holders

FIRST USE 2-1-2022; IN COMMERCE 4-24-2022

CLASS 18: Backpacks; Tote bags; Handbags

FIRST USE 2-1-2022; IN COMMERCE 4-24-2022

CLASS 24: Bed spreads; Children's blankets; Fleece blankets; Lap blankets; Canvas for tapestry; Tapestries of textile; Pillowcases

FIRST USE 2-1-2022; IN COMMERCE 4-24-2022

CLASS 25: Shirts; Sweatshirts; Hats

FIRST USE 2-1-2022; IN COMMERCE 4-24-2022

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 7576836

No claim is made to the exclusive right to use the following apart from the mark as shown: "ALPHABET"



DIRECTOR OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE



# United States of America
## United States Patent and Trademark Office

# ALPHABET LORE

**Reg. No. 7,961,295**

**Registered Sep. 23, 2025**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Salcedo, Michael  (UNITED STATES INDIVIDUAL)
851 GREENSIDE DR APT 1233
Richardson, TEXAS 75080

CLASS 28: Action figure toys; Bathtub toys; Board games; Card games; Dice games; Plush dolls; Plush dolls created from children's drawings; Plush toys; Plush toys with attached comfort blanket; PVC toy figures; Toy action figures; Toy action figures and accessories therefor; Toy airplanes; Toy boats; Toy cars; Toy masks; Toy vehicles; Toy face masks; Vinyl dolls; Decorative toy mobiles and plush toys for children made of felt; Novelty plush toys for parties; Playing pieces in the nature of miniature action figures and toy model vehicles for use with table top hobby battle games in the nature of battle, war and skirmish games, and fantasy games; Smart plush toys; Soft sculpture plush toys; Stuffed and plush toys

FIRST USE 05-16-2023 ; IN COMMERCE 05-16-2023

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "ALPHABET"

SER. NO. 97-898,424, FILED 04-20-2023

DIRECTOR OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE

